# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AURORA CERVANTES,** | **1:14-cv-1296-LJO-BAM** |
| **Plaintiff,** | **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (DOC. 4)** |
| **v.** | |
| **JASON CHONG SU PAK, dba FOSTER FREEZE,** | |
| **Defendant.** | |

On October 27, 2014, Aurora Cervantes ("Plaintiff") filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1). Doc. 4 at 1. This request will be construed as one for voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) because no defendant has yet filed an answer or motion for summary judgment. Plaintiff requests that the Court issue an order dismissing her complaint in its entirety with prejudice. *Id.*

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES with prejudice this entire action.

**SO ORDERED**
**Dated: October 28, 2014**

> /s/ Lawrence J. O'Neill
> **United States District Judge**

1